IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASPEN SPECIALTY INSURANCE COMPANY,**<br>          **Plaintiff,**<br><br>               v.<br><br>**HOSPITALITY SUPPORTIVE SYSTEMS, LLC,**<br>          **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 16-1133** |
| **HOSPITALITY SUPPORTIVE SYSTEMS, LLC,**<br>          **Plaintiff,**<br><br>               v.<br><br>**ASPEN SPECIALTY INSURANCE COMPANY,**<br>          **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 16-1330** |

## O R D E R

**AND NOW**, this 11th day of January, 2017, upon consideration of the joint request of the parties to consolidate the above captioned actions, **IT IS ORDERED** that the joint request is **GRANTED** and Civil Action No. 16-1330 is **CONSOLIDATED** with Civil Action No. 16-1133 for all purposes, subject to reconsideration as discovery proceeds and subject to the ruling made at the Initial Pretrial Conference on January 11, 2017, bifurcating certain discovery issues.

**IT IS FURTHER ORDERED** as follows:

1.     All documents filed in Civil Action No. 16-1330 shall be **TRANSFERRED** to Civil Action No. 16-1133.  There shall be no further filings in Civil Action No. 16-1330;

2.     The Clerk of Court shall **CLOSE** Civil Action No. 16-1330; and,

3.     The caption for Civil Action No. 16-1133 shall be **AMENDED**, as follows:

2

| | |
|---|---|
| **ASPEN SPECIALTY INSURANCE COMPANY,**<br>            **Plaintiff,**<br><br>     **v.**<br><br>**HOSPITALITY SUPPORTIVE SYSTEMS, LLC,**<br>            **Defendant.** | **CIVIL ACTION**<br><br><br>**NO.  16-1133** |
| **HOSPITALITY SUPPORTIVE SYSTEMS, LLC,**<br>            **Plaintiff,**<br><br>     **v.**<br><br>**ASPEN SPECIALTY INSURANCE COMPANY,**<br>            **Defendant.** | |

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

  **DuBOIS, JAN E., J.**