CERTIFICATE OF SERVICE

I, Walter Weir Jr., Esquire hereby certify that on April 28, 2017, I caused the foregoing Motion to Dismiss Amended Complaint, together with supporting memorandum of law and related papers, to be served via electronic filing, upon:

William Deveau, Esq.
Patrick Hughes, Esq.
Connell Foley
Liberty View Building
457 Haddonfield Road Suite 230
Cherry Hill, NJ 08002

Joel Eads, Esq.
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103

By: /s/ Walter Weir Jr.
Walter Weir Jr.

Dated: April 28, 2017