UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al.,<br>Defendants.<br><br>HOSPITALITY SUPPORTIVE SYSTEMS, LLC,<br>Plaintiff<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION<br><br>NO. 16-cv-01133-JD<br><br>JURY TRIAL DEMANDED |

<u>ORDER</u>

AND NOW, this ____ day of _____, 2017, upon consideration of the Motion to Dismiss Amended Complaint filed by defendants Edward E. Snow ("Snow"), The Carman Corporation ("Carman"), Selective Law Group LLC ("SLG") and Selective Risk Management LLC ("SRM"), and the response thereto of Aspen Specialty Insurance Company ("Aspen"), IT IS HEREBY ORDERED that the motion is GRANTED. Aspen's Amended Complaint is hereby DISMISSED WITH PREJUDICE as to Snow, Carman, SLG and SRM. In addition, the Doe defendants are stricken as contrary to the Federal Rules of Civil Procedure.

BY THE COURT:

_____
JAN E. DUBOIS,   J.