# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, EDWARD E. SNOW, INDIVIDUALLY, THE CARMAN CORPORATION, SELECTIVE RISK MANAGEMENT, LLC, SELECTIVE LAW GROUP LLC, JOHN W. CONNELLY, JR., INDIVIDUALLY, CHARLES M. O'DONNELL, ESQ., INDIVIDUALLY, MCGRIFF, SIEBELS & WILLIAMS, INC., INSERVCO INSURANCE SERVICES, INC., TRIGEN INSURANCE SOLUTIONS, INC., TRIGEN HOSPITALITY GROUP, INC., PATRIOT UNDERWRITERS, PATRIOT NATIONAL, INC. AND ABC CORPORATIONS 1-25 | : : : : : : | No. . 2:16-cv-01133 |

## DEFENDANT, INSERVCO INSURANCE SERVICES, INC., MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Inservco Insurance Services, Inc., by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Honorable Court for an Order dismissing Plaintiff's Complaint for failure to state a claim for which relief can be granted. In support of its motion, Defendants incorporate by reference the accompanying Brief.

Respectfully submitted,

MARGOLIS EDELSTEIN

By: _____
WILLIAM E. REMPHREY, JR., ESQUIRE
Identification No. 74349
wremphrey@margolisedelstein.com
CATHERINE M. CONTINO, ESQUIRE

2

|  |  |
|---|---|
| Date: January 23, 2020 | Identification No. 320508<br>ccontino@margolisedelstein.com<br>The Curtis Center, Suite 400E<br>170 S. Independence Mall W.<br>Philadelphia, PA 19106-3337<br>(215) 922-1100<br>*Attorneys for Defendant, Inservco Insurance Services, Inc.* |