IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, EDWARD E. SNOW, INDIVIDUALLY, THE CARMAN CORPORATION, SELECTIVE RISK MANAGEMENT, LLC, SELECTIVE LAW GROUP LLC, JOHN W. CONNELLY, JR., INDIVIDUALLY, CHARLES M. O'DONNELL, ESQ., INDIVIDUALLY, MCGRIFF, SIEBELS & WILLIAMS, INC., INSERVCO INSURANCE SERVICES, INC., TRIGEN INSURANCE SOLUTIONS, INC., TRIGEN HOSPITALITY GROUP, INC., PATRIOT UNDERWRITERS, PATRIOT NATIONAL, INC. AND ABC CORPORATIONS 1-25 | : : : : : : : | No. . 2:16-cv-01133 |

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Defendant, Inservco Insurance Services, Inc., Motion to Dismiss Plaintiff's Complaint, and any response thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and this action is hereby **DISMISSED** with prejudice.

BY THE COURT:

_____
J.