UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>HOSPITALITY SUPPORTIVE SYSTEMS, LLC,<br>et al.,<br>Defendants.<br><br>HOSPITALITY SUPPORTIVE SYSTEMS, LLC,<br>Plaintiff<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION<br><br>NO. 16-cv-01133-JD<br><br>JURY TRIAL DEMANDED |

MOTION OF DEFENDANTS
HSS, SNOW, CARMAN CORPORATION, SELECTIVE LAW GROUP LLC,
SELECTIVE RISK MANAGEMENT LLC, CONNELLY AND O'DONNELL
<u>TO DISMISS SECOND AMENDED COMPLAINT</u>

Defendants Hospitality Supportive Systems LLC ("HSS"), Edward E. Snow ("Snow"), The Carman Corporation ("Carman"), Selective Law Group LLC ("SLG"), Selective Risk Management LLC ("SRM"), John Connelly Jr. ("Connelly") and Charles O'Donnell ("O'Donnell"), defendants in Civil Action 16-cv-01133 above, by their undersigned counsel, move this Honorable Court for dismissal of Counts I through XVII, as well as XXIV and XXV of the Second Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6) or, in the alternative, for a more specific pleading under Fed.R.Civ.P. 8 and 9(b).  Movants likewise challenge all other counts to the extent asserted against them, for reasons set forth in prior motions to dismiss.

WHEREFORE, defendants/movants pray that the Second Amended Complaint be dismissed with prejudice as to each of them.

WEIR & PARTNERS LLP

By: /s/ Marc J. Zucker
        Walter Weir Jr.
        Marc J. Zucker
        David V. Dzara
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA  19107
(215) 241-7792
Fax: 215-665-8464
mzucker@weirpartners.com

Attorneys for defendants/movants Hospitality Supportive Systems LLC, Edward Snow, The Carman Corporation, Selective Law Group LLC and Selective Risk Management LLC, Charles O'Donnell and John Connelly Jr.

Dated: January 31, 2020