UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY, Plaintiff | : : : CIVIL ACTION : |
| v. | : NO. 16-cv-01133-JD : |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al., Defendants. | : JURY TRIAL DEMANDED : : |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, Plaintiff | : : : : |
| v. | : : |
| ASPEN SPECIALTY INSURANCE COMPANY, Defendant. | : : |

## ORDER

AND NOW, this ____ day of _____, 2020, upon consideration of the Motion to Dismiss Second Amended Complaint filed by defendants Hospitality Supportive Systems LLC ("HSS"), Edward E. Snow ("Snow"), The Carman Corporation ("Carman"), Selective Law Group LLC ("SLG"), Selective Risk Management LLC ("SRM"), John W. Connelly Jr. ("Connelly") and Charles M. O'Donnell ("O'Donnell"), and the response thereto of Aspen Specialty Insurance Company ("Aspen"), IT IS HEREBY ORDERED that the motion is GRANTED. Counts I through XVII, as well as XXIV and XXV, of Aspen's Second Amended Complaint are hereby DISMISSED WITH PREJUDICE as to HSS, Snow, Carman, SLG, SRM, Connelly and O'Donnell.

BY THE COURT:

_____
JAN E. DUBOIS,   J.