UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>v.<br><br>HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al.,<br>　　　　Defendants. | : : : : : : : : : : | CIVIL ACTION<br><br><br><br>No. 16-cv-01133-JD |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br>　　　　Defendant. | : : : : : : : : : : : | CIVIL ACTION |
| BALIS FAMILY RESTAURANT CORPORATION, et al.,<br>　　　　Plaintiff,<br><br>v.<br><br>HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al.,<br>　　　　Defendants. | : : : : : : : : : : | CIVIL ACTION<br><br><br><br>No. 19-cv-00189-JD |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, this 11th day of February, 2020, by and among Aspen Specialty Insurance Company, Balis Family Restaurant Corporation and Adelphia

Deptford, Inc., t/a Adelphia Restaurant, Hospitality Supportive Systems LLC, The Carman Corporation, Edward Snow, John W. Connelly, Jr., Selective Risk Management, LLC, Selective Group, LLC, Charles M. O'Donnell and Anthony Diieno, AmTrust International Underwriters DAC, formerly known as AmTrust International Underwriters Ltd., Ravel Hotel LLC t/a Penthouse 808, Palmer Social Club, Inc., d/b/a Trinity Nightclub & Hookah Lounge, McGriff, Seibels & Williams Inc., Inservco Insurance Services Inc., Chickie's & Pete's Inc., 4010, Inc., Packer Café, Inc. t/a Chickie's & Pete's, 4010, LLC, Poquessing Management, LLC, Poquessing Professional Building, LLC, CPC International, LLC t/a Philadelphia's Famous C&P, Wright Food Services, LLC, CPC Bucks County, LLC, Audubon CPC, LLC, Warrington CPC, LLC, Drexel Hill CPC, LLC, Venue Food Services, LLC, Crabco PA GP LLC, 130 Crabco Realty NJ, LLC, 130 Crabco NJ, LLC t/a Chickie's and Pete's, EHT Crabco NJ, LLC t/a Chickie's and Pete's, WW-CPC, LLC, OC-CPC, LLC, AC-CPC, LLC, Crabco Enterprises LLC and CPC Properties, Inc., in accordance with this Court's Order dated January 28, 2020, that the above-captioned matters henceforth are hereby consolidated for all purposes.

SO STIPULATED.

LAW OFFICES OF JOSEPH GRIMES

By: _____
Joseph P. Grimes         2/11/20
1230 Brace Road
Cherry Hill, NJ 08034
(856) 816-7900

Attorneys for Balis Family Restaurant Corporation and Adelphia Deptford, Inc., t/a Adelphia Restaurant

WEIR & PARTNERS LLP

By: _____
Walter Weir Jr.
Marc J. Zucker
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
(215) 241-7792
Attorneys for Defendants Hospitality Supportive Systems LLC, Edward Snow, John W. Connelly, Jr., Selective Risk Management, LLC, Selective Law Group, LLC, the Carman Corporation, Charles M. O'Donnell and Anthony Diieno

ORDERED AND APPROVED this 20th day of February, 2020

BY THE COURT:

_____
JAN E. DUBOIS,           J.

2

BUTLER WEIHMULLER KATZ CRAIG, LLP

BY: _____
  Richard D. Gable, Jr.
1818 Market Street, Suite 2740
Philadelphia, PA 19103
(215) 405-9191

Attorneys for AmTrust International Underwriters DAC, formerly known as AmTrust International Underwriters Ltd.

CONNELL FOLEY LLP

BY: _____
  William D. Deveau (pro hac vice)
  Jonathan P. McHenry (pro hac vice)
  Patrick J. Hughes
  J. Christopher Henschel (pro hac vice)
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
(201) 631-7807

Attorneys for Aspen Specialty Insurance Company

FAEGRE DRINKER BIDDLE & REATH, LLP

BY: _____
  Nicole C. Wixted
  Jessica Loesing
  Afton J. Paris
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700

Attorneys for McGriff, Seibels & Williams Inc.

OFFIT KURMAN, P.A.

BY: _____
  Jay M. Levin
  Rebecca Prosper
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
(267) 338-1300

Attorneys for Chickie's & Pete's Inc., et al.

GAMBERG & BENEDETTO LLC

BY: _____
  Donald Benedetto
Two Penn Center
1500 JFK Blvd., Suite 1203
Philadelphia, PA 19102
(215) 422-3560

Attorneys for Palmer Social Club, Inc., d/b/a Trinity Nightclub & Hookah Lounge

KOHN, SWIFT & GRAF, P.C.

BY: _____
  Craig W. Hillwig
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

Attorneys for Ravel Hotel LLC t/a Penthouse 808

| | |
|---|---|
| BUTLER WEIHMULLER KATZ CRAIG, LLP | CONNELL FOLEY LLP |
| BY: _____<br>Richard D. Gable, Jr.<br>1818 Market Street, Suite 2740<br>Philadelphia, PA 19103<br>(215) 405-9191 | BY: *(signature)*<br>William D. Deveau (pro hac vice)<br>Jonathan P. McHenry (pro hac vice)<br>Patrick J. Hughes<br>J. Christopher Henschel (pro hac vice)<br>185 Hudson Street, Suite 2510<br>Jersey City, NJ 07311<br>(201) 631-7807 |
| Attorneys for AmTrust International Underwriters DAC, formerly known as AmTrust International Underwriters Ltd. | Attorneys for Aspen Specialty Insurance Company |
| FAEGRE DRINKER BIDDLE & REATH, LLP | OFFIT KURMAN, P.A. |
| BY: *Nicole Wixted /nw*<br>Nicole C. Wixted<br>Jessica Loesing<br>Afton J. Paris<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>(215) 988-2700 | BY: *Jay Levin /mr*<br>Jay M. Levin<br>Rebecca Prosper<br>Ten Penn Center<br>1801 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>(267) 338-1300 |
| Attorneys for McGriff, Seibels & Williams Inc. | Attorneys for Chickie's & Pete's Inc., et al. |
| GAMBERG & BENEDETTO LLC | KOHN, SWIFT & GRAF, P.C. |
| BY: _____<br>Donald Benedetto<br>Two Penn Center<br>1500 JFK Blvd., Suite 1203<br>Philadelphia, PA 19102<br>(215) 422-3560 | BY: _____<br>Craig W. Hillwig<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 238-1700 |
| Attorneys for Palmer Social Club, Inc., d/b/a Trinity Nightclub & Hookah Lounge | Attorneys for Ravel Hotel LLC t/a Penthouse 808 |

| | |
|---|---|
| BUTLER WEIHMULLER KATZ CRAIG, LLP | CONNELL FOLEY LLP |

BY: _____
    Richard D. Gable, Jr.
1818 Market Street, Suite 2740
Philadelphia, PA 19103
(215) 405-9191

Attorneys for AmTrust International Underwriters DAC, formerly known as AmTrust International Underwriters Ltd.

BY: _____
    William D. Deveau (pro hac vice)
    Jonathan P. McHenry (pro hac vice)
    Patrick J. Hughes
    J. Christopher Henschel (pro hac vice)
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
(201) 631-7807

Attorneys for Aspen Specialty Insurance Company

FAEGRE DRINKER BIDDLE & REATH, LLP

OFFIT KURMAN, P.A.

BY: _____
    Nicole C. Wixted
    Jessica Loesing
    Afton J. Paris
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700

Attorneys for McGriff, Seibels & Williams Inc.

BY: _____
    Jay M. Levin
    Rebecca Prosper
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
(267) 338-1300

Attorneys for Chickie's & Pete's Inc., et al.

GAMBURG & BENEDETTO LLC

KOHN, SWIFT & GRAF, P.C.

BY: _/s/ Donald Benedetto_____
    Donald Benedetto
Two Penn Center
1500 JFK Blvd., Suite 1203
Philadelphia, PA 19102
(215) 422-3560

Attorneys for Palmer Social Club, Inc., d/b/a Trinity Nightclub & Hookah Lounge

BY: _____
    Craig W. Hillwig
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

Attorneys for Ravel Hotel LLC t/a Penthouse 808

3

| | |
|---|---|
| BUTLER WEIHMULLER KATZ CRAIG, LLP | CONNELL FOLEY LLP |

BY: _____
   Richard D. Gable, Jr.
1818 Market Street, Suite 2740
Philadelphia, PA 19103
(215) 405-9191

Attorneys for AmTrust International
Underwriters DAC, formerly known as
AmTrust International Underwriters Ltd.

BY: _____
   William D. Deveau (pro hac vice)
   Jonathan P. McHenry (pro hac vice)
   Patrick J. Hughes
   J. Christopher Henschel (pro hac vice)
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
(201) 631-7807

Attorneys for Aspen Specialty Insurance Company

FAEGRE DRINKER BIDDLE & REATH, LLP

OFFIT KURMAN, P.A.

BY: _____
   Nicole C. Wixted
   Jessica Loesing
   Afton J. Paris
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700

Attorneys for McGriff, Seibels & Williams Inc.

BY: _____
   Jay M. Levin
   Rebecca Prosper
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
(267) 338-1300

Attorneys for Chickie's & Pete's Inc., et al.

GAMBERG & BENEDETTO LLC

KOHN, SWIFT & GRAF, P.C.

BY: _____
   Donald Benedetto
Two Penn Center
1500 JFK Blvd., Suite 1203
Philadelphia, PA 19102
(215) 422-3560

Attorneys for Palmer Social Club, Inc., d/b/a
Trinity Nightclub & Hookah Lounge

BY: _____
   Craig W. Hillwig
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700

Bradley L. Rice (*admitted pro hac vice*)
NAGEL RICE LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Tel: (973) 618-0400

Attorneys for Ravel Hotel LLC t/a Penthouse 808

3

MARGOLIS EDELSTEIN

BY: _____
William E. Remphrey, Jr.
The Curtis Center, Suite 400E
170 S. Independence Mall West
Philadelphia, PA 19106-3337
(215) 922-1100

Attorneys for Inservco Insurance Services Inc.

#558213-1