IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br>            Plaintiff,<br><br>        v.<br><br>HOSPITALITY SUPPORTIVE SYSTEMS, LLC,<br>EDWARD E. SNOW,<br>THE CARMAN CORPORATION,<br>SELECTIVE RISK MANAGEMENT, LLC, SELECTIVE LAW GROUP, LLC,<br>JOHN W. CONNELLY, JR., CHARLES M. O'DONNELL, ESQ., McGRIFF SIEBELS & WILLIAMS, INC.,<br>INSERVCO INSURANCE SERVICES, INC., TRIGEN INSURANCE SOLUTIONS, INC.,<br>TRIGEN HOSPITALITY GROUP, INC.,<br>PATRIOT UNDERWRITERS, INC.,<br>PATRIOT NATIONAL, INC.,<br>ABC CORPORATIONS 1-25,<br>CHICKIE'S AND PETE'S, INC.,<br>4010, INC.,<br>PACKER CAFÉ, INC., trading as "CHICKIE'S & PETE'S,"<br>4010, LLC<br>POQUESSING MANAGEMENT, LLC<br>POQUESSING PROFESSIONAL BUILDING, LLC,<br>CPC INTERNATIONAL, LLC, trading as " PHILADELPHIA'S FAMOUS C&P,"<br>WRIGHT FOOD SERVICES, LLC,<br>CPC BUCKS, LLC,<br>AUDUBON CPC, LLC,<br>WARRINGTON CPC, LLC<br>DREXEL HILL CPC, LLC,<br>VENUE FOOD SERVICES, LLC<br>CRABCO PA GP LLC,<br>130 CRABCO REALTY NJ, LLC,<br>130 CRABCO NJ, LLC, trading as " CHICKIE'S AND PETE'S,"<br>EHT CRABCO NJ, LLC, trading as "CHICKIE'S AND PETE'S,"<br>WW-CPC, LLC,<br>OC-CPC,LLC,<br>AC-CPC,LLC | CIVIL ACTION<br><br><br>NO.  16-1133 |

| | |
|---|---|
| **CRABCO ENTERPRISES, LLC CPC PROPERTIES, INC., CRABCO ENTERPRISES PA LP, PALMER SOCIAL CLUB, INC., and RAVEL HOTEL, LLC, trading as "PENTHOUSE 808"** | |
| Defendants. | |
| **HOSPITALITY SUPPORTIVE SYSTEMS, LLC,** | |
| Plaintiff, | |
| v. | |
| **ASPEN SPECIALTY INSURANCE COMPANY,** | |
| Defendant. | |

| | |
|---|---|
| **BALIS FAMILY RESTAURANT CORP., and ADELPHIA DEPTFORD, INC., collectively trading as "ADELPHIA RESTAURANT,"** | CIVIL ACTION |
| Plaintiffs, | NO. 19-189 |
| v. | |
| **HOSPITALITY SUPPORTIVE SYSTEMS, LLC, EDWARD SNOW, JOHN W. CONNELLY, JR., SELECTIVE RISK MANAGEMENT, LLC, SELECTIVE LAW GROUP, LLC, CHARLES M. O'DONNELL, ANTHONY DiiENNO, ASPEN SPECIALTY INSURANCE COMPANY, AMTRUST INTERNATIONAL UNDERWRITERS, LTD., TORUS NATIONAL INSURANCE COMPANY, trading as "STARSTONE NATIONAL INSURANCE COMPANY," COLONY INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY COMPANY, STAR INDEMNITY AND LIABILITY, JOHN/JANE DOE(S) 1-10, and ABC ENTITIES 1-10,** | |
| Defendants. | |

2

# O R D E R

**AND NOW**, this 20th day of February, 2020, upon consideration of the stipulation dated February 11, 2020, to consolidate the above captioned actions, as approved by the Court, **IT IS ORDERED** as follows:

1.  All documents filed in Civil Action No. 19-189 shall be **TRANSFERRED** to Civil Action No. 16-1133. There shall be no further filings in Civil Action No. 19-189;

2.  The Clerk of Court shall **CLOSE** Civil Action No. 19-189; and,

3.  The caption for Civil Action No. 16-1133 shall be **AMENDED**, as follows:

| | |
|---|---|
| **ASPEN SPECIALTY INSURANCE COMPANY,**<br>            **Plaintiff,**<br><br>              v.<br><br>**HOSPITALITY SUPPORTIVE SYSTEMS, LLC,**<br>**EDWARD E. SNOW,**<br>**THE CARMAN CORPORATION,**<br>**SELECTIVE RISK MANAGEMENT, LLC, SELECTIVE LAW GROUP, LLC,**<br>**JOHN W. CONNELLY, JR., CHARLES M. O'DONNELL, ESQ., McGRIFF SIEBELS & WILLIAMS, INC.,**<br>**INSERVCO INSURANCE SERVICES, INC., TRIGEN INSURANCE SOLUTIONS, INC.,**<br>**TRIGEN HOSPITALITY GROUP, INC.,**<br>**PATRIOT UNDERWRITERS, INC.,**<br>**PATRIOT NATIONAL, INC.,**<br>**ABC CORPORATIONS 1-25,**<br>**CHICKIE'S AND PETE'S, INC.,**<br>**4010, INC.,**<br>**PACKER CAFÉ, INC., trading as "CHICKIE'S & PETE'S,"**<br>**4010, LLC**<br>**POQUESSING MANAGEMENT, LLC**<br>**POQUESSING PROFESSIONAL BUILDING, LLC,** | **CIVIL ACTION**<br><br><br><br><br>**NO. 16-1133** |

| | |
|---|---|
| **CPC INTERNATIONAL, LLC, trading as "PHILADELPHIA'S FAMOUS C&P," WRIGHT FOOD SERVICES, LLC, CPC BUCKS, LLC, AUDUBON CPC, LLC, WARRINGTON CPC, LLC DREXEL HILL CPC, LLC, VENUE FOOD SERVICES, LLC CRABCO PA GP LLC, 130 CRABCO REALTY NJ, LLC, 130 CRABCO NJ, LLC, trading as "CHICKIE'S AND PETE'S," EHT CRABCO NJ, LLC, trading as "CHICKIE'S AND PETE'S," WW-CPC, LLC, OC-CPC,LLC, AC-CPC,LLC CRABCO ENTERPRISES, LLC CPC PROPERTIES, INC., CRABCO ENTERPRISES PA LP, PALMER SOCIAL CLUB, INC., and RAVEL HOTEL, LLC, trading as "PENTHOUSE 808"**<br>                    **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| **HOSPITALITY SUPPORTIVE SYSTEMS, LLC,**<br>                    **Plaintiff,**<br><br>          v.<br><br>**ASPEN SPECIALTY INSURANCE COMPANY,**<br>                    **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| **BALIS FAMILY RESTAURANT CORP.,** and<br>**ADELPHIA DEPTFORD, INC., collectively trading as "ADELPHIA RESTAURANT,"**<br>                    **Plaintiffs,**<br><br>          v.<br><br>**HOSPITALITY SUPPORTIVE SYSTEMS, LLC, EDWARD SNOW, JOHN W. CONNELLY, JR., SELECTIVE RISK MANAGEMENT, LLC, SELECTIVE LAW GROUP, LLC, CHARLES M. O'DONNELL,** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

4

**ANTHONY DiiENNO,**
**ASPEN SPECIALTY INSURANCE**
**COMPANY,**
**AMTRUST INTERNATIONAL**
**UNDERWRITERS, LTD.,**
**TORUS NATIONAL INSURANCE**
**COMPANY, trading as "STARSTONE**
**NATIONAL INSURANCE COMPANY,"**
**COLONY INSURANCE COMPANY,**
**AMERICAN GUARANTEE AND**
**LIABILITY COMPANY,**
**STAR INDEMNITY AND LIABILITY,**
**JOHN/JANE DOE(S) 1-10, and**
**ABC ENTITIES 1-10,**
                    **Defendants.**

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

    **DuBOIS, JAN E., J.**

5