IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, <u>et al.</u> | : | NO. 16-1133 |

| | | |
|---|---|---|
| HOSPITALITY SUPPORTIVE SYSTEMS LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AIG SPECIALITY INSURANCE COMPANY, et al. | : | NO. 18-3777 |

## ORDER

AND NOW, this 10th day of April, 2020, upon consideration of the unopposed letter request from counsel for defendants Hospitality Supportive Systems, LLC ("HSS"), Selective Law Group ("SLG"), and Selective Risk Management, LLC ("SRM") dated April 9, 2020, for an additional fourteen days to comply with the court's February 26, 2020 Order (Doc. 195), it is hereby

## ORDERED

that the letter request is **GRANTED**. Plaintiff shall fully comply with the court's February 26, 2020 Order (Doc. 195), no later than April 24, 2020.

BY THE COURT:

_/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge