IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, <u>et al.</u> | : | NO. 16-01133 |

___

| | | |
|---|---|---|
| HOSPITALITY SUPPORTIVE SYSTEMS LLC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AIG SPECIALITY INSURANCE COMPANY, et al. | : | NO. 18-3777 |

___

| | | |
|---|---|---|
| BALIS FAMILY RESTAURANT CORP. and ADELPHIA DEPTFORD, INC. collectively trading as "ADELPHIA RESTAURANT" | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS LLC, et al. | : | NO. 19-189 |

## **AFFIDAVIT**

1. I, Thomas J. Rueter, hereby file this affidavit, in accordance with Fed. R. Civ. P. 53(b)(3) and 28 U.S.C. § 1746.

2. I am a retired United States Magistrate Judge for the Eastern District of Pennsylvania. While I was judicial officer on the court, I acted as a mediator and discovery master

in the above-captioned cases.  Based on that experience, I am unaware of any ground for disqualification under 28 U.S.C. § 455 should the court appoint me as a Special Master in the above cases.

3. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2020.

*s/ Thomas J. Rueter*_____
THOMAS J. RUETER