IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, <u>et al.</u> | : | NO. 16-01133 |

---

| | | |
|---|---|---|
| HOSPITALITY SUPPORTIVE SYSTEMS LLC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AIG SPECIALITY INSURANCE COMPANY, et al. | : | NO. 18-3777 |

---

| | | |
|---|---|---|
| BALIS FAMILY RESTAURANT CORP. and ADELPHIA DEPTFORD, INC. collectively trading as "ADELPHIA RESTAURANT" | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS LLC, et al. | : | NO. 19-189 |

## **O R D E R**

AND NOW, this 4th day of January, 2021, in anticipation of the Mediation scheduled for

**January 29, 2021** at **10:00 a.m.**, it is **ORDERED** as follows:

1. Plaintiff, Aspen Specialty Insurance Company, shall make separate written settlement demands to counsel for the Hospitality Supportive Systems, LLC defendants, McGriff, Siebels & Williams and Inserveco, no later than the close of business on

**January 11, 2021**.  Copies of the demands shall be sent to the undersigned at TRueter@jamsadr.com.

2. The Hospitality Supportive Systems, LLC defendants, McGriff, Siebels & Williams and Inserveco shall respond to the demands with written settlement offers, if any, no later than **January 22, 2021**.  Copies of the offers shall be sent to the undersigned at TRueter@jamsadr.com.

3. In addition to the clients that attended the court's mediation during the summer of 2020, the following persons must be present for the Zoom virtual mediation:

    (a) A client representative for plaintiff, Aspen Specialty Insurance Company;

    (b) Edward Snow, John Connelly, Jr. and Charles O'Donnell, Esquire;

    (c) Claims representatives for all primary and excess carriers providing insurance to any of the Hospitality Supportive Systems, LLC defendants;

    (d) A client representative for defendant Inserveco; and

    (e) A client representative for defendant McGriff, Siebels & Williams.

    These parties must provide their email address to JAMS Case Manager, Alyssa DeTreux at adetreux@jamsadr.com.

4. If any party chooses to send an updated mediation memorandum to the undersigned, it shall be submitted no later than **January 22, 2021**.

                                BY THE COURT:

                                *s/ Thomas J. Rueter*
                                THOMAS J. RUETER
                                United States Magistrate Judge    (Ret.)
                                Special Master