IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al. | : | NO. 16-01133 |

| | | |
|---|---|---|
| HOSPITALITY SUPPORTIVE SYSTEMS LLC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AIG SPECIALITY INSURANCE COMPANY, et al. | : | NO. 18-3777 |

| | | |
|---|---|---|
| BALIS FAMILY RESTAURANT CORP. and ADELPHIA DEPTFORD, INC. collectively trading as "ADELPHIA RESTAURANT" | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS LLC, et al. | : | NO. 19-189 |

**O R D E R**

AND NOW, this 1st day of March, 2021, upon consideration of the request of Chickie's and Pete's, Inc. to file a motion for partial summary judgment (per letter dated February 22, 2021), it is hereby ORDERED that the request is GRANTED. Once the motion is filed, Aspen Specialty Insurance Company has thirty (30) days to respond. Any reply brief should be filed

fourteen (14) days after receipt of Aspen Specialty Insurance Company's response brief.  Each of the motion, response and reply shall not exceed ten (10) pages in length (excluding exhibits).

BY THE COURT:

*s/ Thomas J. Rueter*
THOMAS J. RUETER
United States Magistrate Judge (Ret.)
Special Master