IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al. | : | NO. 16-1133 |

| | | |
|---|---|---|
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AIG SPECIALITY INSURANCE COMPANY, et al. | : | NO. 18-3777 |

**O R D E R**

AND NOW, this 6th day of April, 2021, after a telephone conference call this same day regarding discovery issues, it is hereby

**ORDERED**

1. Counsel for defendant McGriff Siebels & Williams, Inc. ("McGriff") and counsel for defendant Inservco Insurance Services, Inc. ("Inservco") shall review the production of documents made by Aspen Specialty Insurance Company ("Aspen") and the HSS Defendants (as defined in the Court's July 16, 2020 Order (Doc. No. 224)), and shall report to the undersigned by May 7, 2021 as to whether they believe a further mediation session would be productive and/or whether they request further discovery.

2. No later than May 3, 2021, counsel for Aspen shall provide McGriff and Inservco a letter setting forth Aspen's position as to the liability of McGriff and Inservco in light of the recent production of documents made to these two defendants.

3. No later than May 3, 2021, the HSS Defendants shall provide the parties with a revised privilege log in light of its recent additional production of documents.

4. No later than April 20, 2021, Aspen, if it chooses, may make any informal discovery requests to McGriff and Inservco.

5. No later than April 13, 2021, Aspen shall identify a sample of twenty-four (24) "weekly claim catalog lists" to counsel for the HSS Defendants, which the HSS Defendants must produce to Aspen no later than April 27, 2021.  If the HSS Defendants choose to withhold or make redactions to these charts, they shall provide a privilege log stating the reasons for such withholdings and/or redactions.  This Order is without prejudice to Aspen's right to request production of additional claim catalog lists.

6. No later than April 23, 2021, Aspen may send a letter to the undersigned requesting *in camera* review of a sampling of documents withheld from discovery by the HSS Defendants.  This letter shall discuss the legal principles relied upon by Aspen in challenging the HSS Defendants' assertions of privilege.

7. No later than April 23, 2021, the HSS Defendants shall notify the undersigned and the parties in writing whether they object to Aspen producing the Patriot National, Inc. documents to McGriff, Inservco and the Intervenors.

8. The HSS Defendants and Aspen shall meet and confer regarding the HSS Defendants' discovery requests to Aspen.  If the parties cannot agree regarding the same, counsel

for the HSS Defendants shall advise the undersigned in writing of the outstanding issues and specify the relief they seek.

9. A conference call is scheduled for May 7, 2021 at 9:00 a.m. ET. JAMS will provide contact information.

                                                     */s/ Thomas J. Rueter*
                                                   THOMAS J. RUETER
                                                   United States Magistrate Judge (Ret.)
                                                   Special Master