UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY<br>    Plaintiff, | : <br> : <br> : <br> : | |
| v. | : | No. 2:16-cv-01133 |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al.<br>    Defendant. | : <br> : <br> : <br> : | |
| BALIS FAMILY RESTAURANT CORPORATION, et al.<br>    Plaintiff, | : <br> : <br> : <br> : <br> : | |
| v. | : | No. 2:19-cv-00189 |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al.<br>    Defendant. | : <br> : <br> : <br> : | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, on this 19th day of April, 2021, by and between counsel for ASPEN SPECIALTY INSURANCE COMPANY ("ASPEN"), and counsel for CHICKIE'S AND PETE'S, INC., 4010, INC., 4010, LLC, PACKER CAFE, INC. (t/a CHICKIE'S & PETE'S), POQUESSING MANAGEMENT, LLC, POQUESSING PROFESSIONAL BUILDING, LLC, CPC INTERNATIONAL, LLC (t/a PHILADELPHIA'S FAMOUS C&P), WRIGHT FOOD SERVICES, LLC, CPC BUCKS COUNTY, LLC, AUDUBON CPC LLC, WARRINGTON CPC LLC, DREXEL HILL CPC LLC, VENUE FOOD SERVICES LLC, CRABCO ENTERPRISES PA LP, CRABCO PA GP LLC, 130

5894037-1

CRABCO REALTY NJ, LLC, 130 CRABCONJ, LLC (t/a CHICKIE'S & PETE'S), EHT CRABCO NJ, LLC (t/a CHICKIE'S & PETE'S), WW-CPC, LLC, OC-CPC, LLC, AC-CPC, LLC, CRABCO ENTERPRISES LLC, and CPC PROPERTIES, INC (collectively, the "Chickie's Parties"); PALMER SOCIAL CLUB, INC., D/B/A TRILOGY ("Palmer Social Club"); RAVEL HOTEL, LLC T/A PENTHOUSE 808 ("Ravel"); as well as Plaintiff BALIS FAMILY RESTAURANT CORPORATION and ADELPHIA DEPTFORD, INC. (collectively, the "Adelphia Parties") that Palmer Social Club, Ravel, and the Adelphia Parties shall be permitted to join the Motion for Partial Summary Judgment filed by the Chickie's Parties, or file their own Motion for Partial Summary Judgment on the same issue, on or before May 3, 2021. Aspen shall respond to the Chickie's Parties and any additional motions filed by Palmer Social Club, Ravel, and the Adelphia Parties on or before May 24, 2021. Reply briefs due June 18, 2021.

SO STIPULATED,

| *For Aspen Specialty Insurance Company:* | *For the Chickie's Parties:* |
|---|---|
| Dated: April 19, 2021 | Dated: April 19, 2021 |
| Connell Foley, LLP | Offit Kurman |
| By: /s William D. Deveau, Esq.<br>    William D. Deveau, Esq.<br>56 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-0500<br>wdeveau@connellfoley.com | By: /s Jay M. Levin, Esq.<br>    Jay M. Levin, Esq.<br>Ten Penn Center<br>1801 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>(215) 988-7800<br>jlevin@offitkurman.com |

5894037-1

| *for Palmer Social Club:* | *for Ravel Hotel, LLC t/a Penthouse 808:* |
|---|---|
| Dated: April 19, 2021 | Dated:  April 19, 2021 |
| Gamburg & Benedetto | Nagel Rice |
| By:  __/s Donald Benedetto, Esq._____<br>      Donald Benedetto Esq. | By:  __/s Bradley L. Rice, Esq._____<br>      Bradley L. Rice, Esq. |
| Two Penn Center<br>1500 John F. Kennedy Boulevard,<br>Suite 1203<br>Philadelphia, PA 19102<br>(215) 567-1486<br>don@gamburglaw.com | 103 Eisenhower Parkway<br>Roseland, NJ 07068<br>(973) 619-0400<br>brice@nagelrice.com |
| *For the Adelphia Parties* | *For the Amtrust parties* |
| Dated: April 19, 2021 | Dated:  April 19, 2021 |
| Joseph P. Grimes, Esquire, LLC<br>     */s/ Joseph P. Grimes*<br>By: _____<br>     Joseph P. Grimes, Esq. | Butler Weihmuller Katz Craig<br><br>By:__/s Richard Gable, Esq._____<br>      Richard Gable, Esq |
| 1230 Brace Road<br>Cherry Hill, NJ 08034<br>(856) 816 7900<br>Josephpgrimes@gmail.com | 1818 Market Street<br>Philadelphia, PA 19103<br>215-405-9191<br>RGable@Butler.Legal.com |

SO ORDERED AND APPROVED THIS 20TH DAY OF APRIL, 2021:

BY THE COURT:

**/s/ Hon. Jan E. DuBois**

HON. JAN E. DUBOIS, U.S.D.J.

5894037-1