IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| v. | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, et al. | : | NO. 16-1133 |

| | | |
|---|---|---|
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC | : | CIVIL ACTION |
| v. | : | |
| AIG SPECIALITY INSURANCE COMPANY, et al. | : | NO. 18-3777 |

## ORDER

AND NOW, this 31st day of August, 2021, upon careful consideration of the Report and Recommendation dated August 11, 2021 issued by Special Discovery Master Thomas J. Rueter, United States Magistrate Judge (Ret.), and after consideration of any objections thereto, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED** for the reasons set forth therein.

2. The HSS Defendants will produce documents consistent with the Report and Recommendation to Aspen Specialty Insurance Company within ten (10) days from the date of this Order.

BY THE COURT:

/s/ Hon. C. Darnell Jones II
C. DARNELL JONES II,            J.