**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-1133-JMY |
| | : | |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, *et al* | : | |

| | | |
|---|---|---|
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-3777-JMY |
| AIG SPECIALITY INSURANCE COMPANY, *et al* | : | |

**ORDER FOR STATUS CONFERENCE (VIDEO)**

**AND NOW**, this 20th day of July, 2022, it is **ORDERED** that a status conference with the Court will be held on **Friday, August 12, 2022, at 11:30 a.m**. Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

                **BY THE COURT:**

                /s/ *John Milton Younge*
                **JUDGE JOHN MILTON YOUNGE**