# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY | : : | CIVIL ACTION |
| v. | : : | NO. 16-1133-JMY |
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC, *et al* | : : | |

| | | |
|---|---|---|
| HOSPITALITY SUPPORTIVE SYSTEMS, LLC | : : : | CIVIL ACTION |
| v. | : : | NO. 18-3777-JMY |
| AIG SPECIALITY INSURANCE COMPANY, *et al* | : : | |

## ORDER RE-SCHEDULING STATUS CONFERENCE

**AND NOW**, this 29th day of July, 2022, it is **ORDERED** that the status conference in the above-captioned matter, previously scheduled for August 12, 2022 at 11:30 a.m. is hereby **RESCHEDULED** for **Tuesday, September 6, 2022 @ 2:00 p.m.** in the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106, Courtroom TBD.

BY THE COURT:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**